MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
Kara M. Cormier (*pro hac vice forthcoming*)
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL A. ROSEN, INC., d/b/a CREDIT REPAIR CLOUD )<br><br>Plaintiff, )<br><br>v. )<br><br>TRUBYTE LLC, d/b/a DISPUTE HERO, )<br><br>Defendant. ) | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 40.2, the undersigned, counsel of record for Plaintiff Daniel A. Rosen, Inc., d/b/a Credit Repair Cloud ("Credit Repair Cloud") certifies that Credit Repair Cloud has no parent company and that there is no publicly-held corporation owning 10% or more of its stock.

Dated:  January 12, 2021                    Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By:  /s/ *Andrew D. Skale*

Andrew D. Skale (211096)
Kara M. Cormier (*pro hac vice forthcoming*)
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Plaintiff

1